UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDGAR EDUARDO HERRERA-RECINOS,

      Petitioner,

v.                                                    Case No. 3:25-cv-1499-JEP-PDB

WARDEN SCOTTY RHODEN, et al.,

      Respondents.

_____

## **ORDER**

Petitioner's unopposed motion to dismiss without prejudice (Doc. 12) is

**GRANTED**. This case is **DISMISSED without prejudice**. The **Clerk** shall

close the file.

**DONE AND ORDERED** at Jacksonville, Florida, on March 31, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

c:
Counsel of Record